IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2015-cv-01489-PAB-KLM

DAPHANIE R. SANDERS,

    Plaintiff,

v.

XCEL ENERGY SERVICES INC.,

    Defendant.

## [PROPOSED] STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED**

Dated: _October 22, 2015_

_____
Hon. Kristen L. Mix
United States Magistrate Judge

{00485507:2}

**APPROVED:**

s/ Rosemary Orsini
Rosemary Orsini, Esq.
BERENBAUM WEINSHIENK PC
370 17th Street, Suite 4800
Denver, Colorado 80202
Telephone: (303) 592-8000
Facsimile: (303) 629-7610
rorsini@bw-legal.com

*Attorneys for Plaintiff*

s/ Meghan W. Martinez
Meghan W. Martinez
Elizabeth Imhoff Mabey
720 South Colorado Blvd, Suite 1020-S
Denver, Colorado 80246
Telephone: (303) 597-4000
Facsimile: (303) 597-4001
martinez@mlgrouppc.com
mabey@mlgrouppc.com

*Attorneys for Defendant*

{00485507:2}